

# Memorandum

| Subject | Date: January 3, 2018 |
|---|---|
| UNSEALING 4:17MJ03157 | |
| U.S. v. TAYLOR MICHAEL WILSON | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA | AUSA LESLEY WOODS, TX #24092092 |

You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☐ Unseal the Indictment and any underlying Magistrate Case

☒ Unseal the Magistrate Case

☐ Unseal the Indictment but the underlying Complaint and Affidavit should remain **Restricted**

☐ Unseal the Magistrate Case but the underlying Complaint and Affidavit should remain **Restricted**