IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2018 JAN 17 PM 4:50

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>TAYLOR MICHAEL WILSON,<br><br>        Defendant. | 4:18CR 3005<br><br>INDICTMENT<br>18 U.S.C. § 1992(a)(1),(10) and (b)(1)<br>18 U.S.C. § 1992(a)(6),(10) and (b)(1) |

The Grand Jury charges that

## COUNT I

On or about October 23, 2017, in the District of Nebraska and elsewhere, the defendant, TAYLOR MICHAEL WILSON, did knowingly and without lawful authority or permission, attempt to and threaten to wreck, derail, and disable railroad on-track equipment and a mass transportation vehicle, to wit: Amtrak train A61198, a mass transportation provider and a railroad carrier engaged in interstate commerce, and in order to commit the offense, the defendant traveled and communicated across a state line, and transported materials across a state line in aid of the commission of the offense, and the railroad on-track equipment or mass transportation vehicle was carrying passengers and employees at the time of the offense.

All in violation of Title 18 of the United States Code, Section 1992(a)(1), (10) and (b)(1).

## COUNT II

On or about October 23, 2017, in the District of Nebraska and elsewhere, the defendant, TAYLOR MICHAEL WILSON, did knowingly and without lawful authority or permission, with intent to endanger the safety of any person, or with a reckless disregard for the safety of human life, did attempt to interfere with, disable, or incapacitate any locomotive engineer or railroad conductor, while that person was employed in dispatching, operating, controlling, or maintaining

1

railroad on-track equipment or a mass transportation vehicle, to wit: Amtrak train A61198, a mass transportation provider and a railroad carrier engaged in interstate commerce, and in order to commit the offense, the defendant traveled and communicated across a state line, and transported materials across a state line in aid of the commission of the offense, and the railroad on-track equipment or mass transportation vehicle was carrying passengers and employees at the time of the offense.

In violation of Title 18, United States Code, Section 1992(a)(6), (10) and (b)(1).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
LESLEY WOODS #24092092
Assistant U.S. Attorney

2