# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. **4:18 CR 3005** |
| Plaintiff, | ) | |
| vs. | ) | **WITHDRAWAL TO** |
| | ) | **CONTINUE DETENTION HEARING** |
| **TAYLOR MICHAEL WILSON**, | ) | |
| Defendant. | ) | |

COMES NOW the Defendant Taylor M. Wilson, by an through his attorney Jerry J. Sena, and hereby Withdraws his Motion to Continue his detention hearing herein and consent's to detention. Pursuant to the Bail Reform Act, Defendant reserves the right to reopen the hearing at a later date.

DATED this __15th__ day of February 2018.

**TAYLOR MICHAEL WILSON,** Defendant

/s/      JERRY J. SENA,
JERRY J. SENA, PC, LLO, #21639
SENA, POLK & STACY, LLP
ATTORNEYS AT LAW
2712 S 87th Avenue
Omaha, NE 68124
Tele.: (402) 884-7444
Fax: (402) 884-7443
ATTORNEY FOR THE DEFENDANT

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on the __15th__ day of February 2018, I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system which sent notification of such filing to the following:

Assistant U.S. Attorney-Lincoln
Lesley Wood, Suite 1400
Lincoln 487 Federal Building
100 Centennial Mall North
Lincoln, NE 68508

/s/    JERRY J. SENA, #21639