## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. **4:18 CR 3005** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION TO CONTINUE** |
| **TAYLOR MICHAEL WILSON**, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Taylor M. Wilson, by and, through his attorney Jerry J. Sena, and hereby Requests a Continuance of the Deadline to file pretrial Motions and Trial herein. Defendant shows the Court that there is a great amount of discovery still being reviewed and Defendant needs additional time to review said discovery in order to properly prepare a defense herein. The Defendant shows the Court further that he will file a speedy trial waiver in order to provide enough time to properly review all the discovery received herein. Finally, Defendant shows the Court that the Assistant U.S. Attorney herein has no objection to said continuance of the Deadline to file pretrial Motions and the Trial herein.

WHEREFORE, Defendant prays for a 60 day Continuance of the Deadline to file pretrial Motions and the Trial herein.

DATED this  12th  day of March 2018.

**TAYLOR MICHAEL WILSON,** Defendant

/s/     JERRY J. SENA,
JERRY J. SENA, PC, LLO, #21639
SENA, POLK & STACY, LLP
ATTORNEYS AT LAW
2712 S 87th Avenue
Omaha, NE 68124
Tele.: (402) 884-7444
Fax: (402) 884-7443
ATTORNEY FOR THE DEFENDANT

**CERTIFICATE OF SERVICE**

    THE UNDERSIGNED HEREBY CERTIFIES that on the __12th__ day of March 2018, I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system which sent notification of such filing to the following:

Assistant U.S. Attorney-Lincoln
Lesley Wood, Suite 1400
Lincoln 487 Federal Building
100 Centennial Mall North
Lincoln, NE 68508

                                          /s/    JERRY J. SENA, #21639