IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>TAYLOR MICHAEL WILSON,<br><br>                Defendant. | 4:18CR3005<br>4:18CR3074<br><br>MOTION TO RESTRICT ACCESS |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and requests this Court to issue an Order pursuant to the E-Government Act restricting the access to the Government's Brief in support of Motion for Upward Departure and Response to Defendant's Objections to the Presentence Investigation Report, the Index of Evidence and attached documents as they contain information protected from public viewing in accordance with the law.

DATED this 25th day of September, 2018.

                                          Respectfully submitted,

                                          UNITED STATES OF AMERICA, Plaintiff

                                          JOSEPH P. KELLY
                                          United States Attorney
                                          District of Nebraska

By:    *s/ Lesley Woods*
        LESLEY WOODS, TX #24092092
        Assistant U.S. Attorney
        100 Centennial Mall North
        487 Federal Building
        Lincoln, NE   68508-3865
        Tel:  (402) 437-5241
        Fax:  (402) 437-5390
        E-mail: lesley.woods@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on September 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: Craig Ford, U.S. Probation and Pretrial Services Officer.

      *s/ Lesley Woods*
      Assistant U.S. Attorney