UNITED STATES DISTRICT COURT
for the District of Nebraska

TAYLOR MICHAEL WILSON
    Plaintiff,

v.

UNITED STATES OF AMERICA
    Defendant

Case no.s: 4:18CR 3074-001
           4:18CR 3005-001

Judge: John M. Gerrard

## MOTION FOR RELEASE OF PROPERTY

NOW COMES, TAYLOR MICHAEL WILSON, (hereinafter) Plaintiff, stating the following:

1.) On December 21, 2017, 82 items of Plaintiffs property were aquired by the Federal Bureau of Investigation and were placed in Evidence (See Exhibit A);

2.) The File number for the property seized is: 266N-OM-222384, and 266N-SL-2806425;

3.) Plaintiff, returned "Federal Bureau of Investigation Waiver of Ownership of Property," form on, February 25, 2020,

(1.)

Stating: "I do not waive my rights, title or interest in the property" (See Exhibit B);

4.) Plaintiff is relinquishing ownership to: ANN S. WILSON, (Mother) 3208 Lightfoot Dr. St. Charles, MO 63301, (314) 922-4603, and

5.) Plaintiff request that this property not be destroyed, (See Exhibit C).

## RELIEF

I, TAYLOR MICHAEL WILSON, ask this Honorable Court to issue an order releasing all property seized to: ANN S. WILSON, 3208 Lightfoot Drive, St. Charles, MO 63301, and any other relief deemed just and fair.

By: *Taylor Michael Wilson*
TAYLOR MICHAEL WILSON

Dated: June 17, 2020

| Item # | Type | Collected On | Barcode | Acquistion Event | Description | Holding Office |
|---|---|---|---|---|---|---|
| 1B84 | General | 1/12/2018 17:00 | E5918429 | (U) Evidence from Furnas County Sheriff's Office | (U) One black sleeping bag in black bag and one black backpack with green sleeping bag | OM |
| 1B83 | General | 1/12/2018 17:00 | E5918428 | (U) Evidence from Furnas County Sheriff's Office | (U) 3M respirator mask with two pink 2091 filters | OM |
| 1B82 | General | 1/12/2018 17:00 | E5918427 | (U) Evidence from Furnas County Sheriff's Office | (U) green fixed blade knife in black sheath | OM |
| 1B81 | General | 1/12/2018 17:00 | E5918426 | (U) Evidence from Furnas County Sheriff's Office | (U) tape measure and hammer | OM |
| 1B80 | General | 1/12/2018 17:00 | E5918425 | (U) Evidence from Furnas County Sheriff's Office | (U) One pair of scissors, clippers and tin-snips | OM |
| 1B79 | General | 1/12/2018 17:00 | E5918424 | (U) Evidence from Furnas County Sheriff's Office | (U) National Socialist Movement cards and Nevada State Map | OM |
| 1B78 | Firearms | 1/12/2018 17:00 | E5918423 | (U) Evidence from Furnas County Sheriff's Office | (U) One box of 50 rounds of .38 ammunition, four loaded speedloaders with approximately 24 rounds of .38 and one spent casing | OM |
| 1B77 | Firearms | 1/12/2018 1:00 | E5918422 | (U) Evidence from Furnas County Sheriff's Office | (U) One Smith and Wesson .38 Special handgun with black holster | OM |
| 1B75 | Firearms | 12/21/2017 9:30 | E6058537 | (U) Evidence Collection from Taylor M. Wilson | (U) One (1) small container of suspected gun powder | SL |
| 1B73 | Firearms | 12/21/2017 16:45 | E6058495 | (U) Evidence Collection from Mike Wilson | (U) One (1) Springfield Hawkin Muzzle Loader; S/N: 237584 | SL |
| 1B72 | Firearms | 12/21/2017 16:45 | E6058494 | (U) Evidence Collection from Mike Wilson | (U) One (1) Scope; strap;bi-pod from S/N: BA314639 | SL |
| 1B71 | Firearms | 12/21/2017 16:45 | E6058493 | (U) Evidence Collection from Mike Wilson | (U) One (1) Mossberg 30-06; Model: Trophy Hunter; S/N: BA314639 | SL |
| 1B70 | Firearms | 12/21/2017 16:45 | E6058492 | (U) Evidence Collection from Mike Wilson | (U) One (1) Mauser; Model: C96; S/N: 39699 | SL |
| 1B69 | Firearms | 12/21/2017 16:45 | E6058491 | (U) Evidence Collection from Mike Wilson | (U) One (1) Walther 9mm pistol; Model: P38; S/N: 082924 | SL |
| 1B68 | Firearms | 12/21/2017 16:45 | E6058490 | (U) Evidence Collection from Mike Wilson | (U) One (1) Intratec pistol; Model: TECDC9; S/N: DO83496 | SL |
| 1B67 | Firearms | 12/21/2017 16:45 | E6058489 | (U) Evidence Collection from Mike Wilson | (U) One (1) barrel extension from S/N: DO83496 | SL |
| 1B66 | Firearms | 12/21/2017 16:45 | E6058488 | (U) Evidence Collection from Mike Wilson | (U) One (1) Beeman scope from S/N: 70188276 | SL |
| 1B65 | Firearms | 12/21/2017 16:45 | E6058487 | (U) Evidence Collection from Mike Wilson | (U) One (1) Marlin; Model: Glenfield 75; S/N: 70188276 | SL |
| 1B64 | Firearms | 12/21/2017 16:45 | E6058486 | (U) Evidence Collection from Mike Wilson | (U) One (1) Winchester shotgun; Model: 97 S/N: 401554 | SL |
| 1B63 | Firearms | 12/21/2017 16:45 | E6058485 | (U) Evidence Collection from Mike Wilson | (U) One (1) Pioneer Arms Corp.; Model: PPS43-C; S/N: MA-16438 with one (1) magazine | SL |
| 1B62 | Firearms | 12/21/2017 16:45 | E6058484 | (U) Evidence Collection from Mike Wilson | (U) One (1) CMMG; Model: MOD4 SA; S/N: A-6663 | SL |

Exhibit A

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 23 | 1B61 | Firearms | 12/21/2017 16:45 | E6058483 | (U) Evidence Collection from Mike Wilson | (U) One (1) Waffen Werks; Model: AK74; S/N: WW11417 | SL |
| 24 | 1B60 | Firearms | 12/21/2017 16:45 | E6058482 | (U) Evidence Collection from Mike Wilson | (U) One (1) Ruger; Model: 10/22; S/N: 356-41240 | SL |
| 25 | 1B59 | Firearms | 12/21/2017 16:45 | E6058481 | (U) Evidence Collection from Mike Wilson | (U) One (1) Redhead scope; one (1) Firefield light attached to S/N: B806444 | SL |
| 26 | 1B58 | Firearms | 12/21/2017 16:45 | E6058480 | (U) Evidence Collection from Mike Wilson | (U) One (1) CZ Scorpion EVO 3S1; S/N: B806444 | SL |
| 27 | 1B57 | Firearms | 12/21/2017 16:45 | E6058479 | (U) Evidence Collection from Mike Wilson | (U) One (1) Remington shotgun; Model: 11-87 Super Magnum; S/N: SM034765 | SL |
| 28 | 1B56 | Firearms | 12/21/2017 16:45 | E6058478 | (U) Evidence Collection from Mike Wilson | (U) One (1) Auto Ordnance pistol; Model: 1911A1 U.S. Army; S/N: AOA13084 | SL |
| 29 | 1B55 | Firearms | 12/21/2017 16:45 | E6058477 | (U) Evidence Collection from Mike Wilson | (U) One (1) Glock pistol; Model: 19; S/N:PYZ566 | SL |
| 30 | 1B54 | Firearms | 12/21/2017 16:45 | E6058476 | (U) Evidence Collection from Mike Wilson | (U) One (1) ABA body armor; S/N: 06147488 | SL |
| 31 | 1B53 | Firearms | 12/21/2017 16:45 | E6058475 | (U) Evidence Collection from Mike Wilson | (U) Twelve (12) magazines | SL |
| 32 | 1B52 | Firearms | 12/21/2017 16:45 | E6058474 | (U) Evidence Collection from Mike Wilson | (U) Eight (8) rounds of 9mm ammunition from magazine in holster (1B51) | SL |
| 33 | 1B51 | Firearms | 12/21/2017 16:45 | E6058473 | (U) Evidence Collection from Mike Wilson | (U) One (1) black leather holster with nylon strap; One (1) magazine | SL |
| 34 | 1B50 | Firearms | 12/21/2017 16:45 | E6058472 | (U) Evidence Collection from Mike Wilson | (U) One (1) wooden gun stock | SL |
| 35 | 1B49 | Firearms | 12/21/2017 16:45 | E6058471 | (U) Evidence Collection from Mike Wilson | (U) Fifty (50) rounds of 7.62 in plastic bag | SL |
| 36 | 1B48 | Firearms | 12/21/2017 16:45 | E6058470 | (U) Evidence Collection from Mike Wilson | (U) Thirty-five (35) rounds of 7.62 | SL |
| 37 | 1B47 | Firearms | 12/21/2017 16:45 | E6058469 | (U) Evidence Collection from Mike Wilson | (U) One (1) silver in color 80% AR-15 lower receiver in jig | SL |
| 38 | 1B46 | Firearms | 12/21/2017 16:45 | E6058468 | (U) Evidence Collection from Mike Wilson | (U) Six (6) rounds of 12g ammunition | SL |
| 39 | 1B45 | Firearms | 12/21/2017 16:45 | E6058467 | (U) Evidence Collection from Mike Wilson | (U) One (1) black Intatec gun box | SL |
| 40 | 1B44 | Firearms | 12/21/2017 16:45 | E6058466 | (U) Evidence Collection from Mike Wilson | (U) Twenty-seven (27) rounds of 9mm ammunition | SL |
| 41 | 1B43 | Firearms | 12/21/2017 16:45 | E6058465 | (U) Evidence Collection from Mike Wilson | (U) One (1) black Glock gun box with firearm parts inside | SL |
| 42 | 1B42 | Firearms | 12/21/2017 16:45 | E6058464 | (U) Evidence Collection from Mike Wilson | (U) One (1) black Auto Ordnance gun box; Four (4) 1911 style magazines | SL |
| 43 | 1B41 | Firearms | 12/21/2017 16:45 | E6058463 | (U) Evidence Collection from Mike Wilson | (U) Twenty-eight (28) rounds of .45 ACP | SL |
| 44 | 1B40 | Firearms | 12/21/2017 16:45 | E6058462 | (U) Evidence Collection from Mike Wilson | (U) One (1) black "Protector Series" Plano gun box | SL |
| 45 | 1B39 | Firearms | 12/21/2017 16:45 | E6058461 | (U) Evidence Collection from Mike Wilson | (U) Thirty (30) rounds of 7.63 Mouser ammunition; four (4) loading clips | SL |

Exhibit A continued

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 46 | 1B38 | General | 12/21/2017 9:30 | E6058460 | (U) Evidence Collection from Taylor M. Wilson | (U) One (1) Easton brand baseball bat bag; empty first aid kit, face mask | SL |
| 47 | 1B37 | General | 12/21/2017 9:30 | E6058459 | (U) Evidence Collection from Taylor M. Wilson | (U) Water purification tablets and first aid kit | SL |
| 48 | 1B36 | General | 12/21/2017 9:30 | E6058458 | (U) Evidence Collection from Taylor M. Wilson | (U) Four (4) medical dressings and four (4) lip balms | SL |
| 49 | 1B35 | Firearms | 12/21/2017 9:30 | E6058457 | (U) Evidence Collection from Taylor M. Wilson | (U) Holsters; nylon/canvas bag | SL |
| 50 | 1B34 | Firearms | 12/21/2017 9:30 | E6058456 | (U) Evidence Collection from Taylor M. Wilson | (U) Ammunition and Magazines: (292) 9mm; (31) 12g 00 buck; (210) 5.45x39; (480) .223; (49) 30-06; (51) 7.63; (84) .38 special; (189) .45 ACP; (112) .22; (5) 30-06 casings; (1) .38 special casing; (19) magazines | SL |
| 51 | 1B33 | Firearms | 12/21/2017 9:30 | E6058455 | (U) Evidence Collection from Taylor M. Wilson | (U) Twenty-nine (29) rounds of .380; Six (6) .380 casings; Three (3) rounds of 9mm; One (1) 9mm casings; One round of .45; one (1) plastic box | SL |
| 52 | 1B32 | Firearms | 12/21/2017 9:30 | E6058454 | (U) Evidence Collection from Taylor M. Wilson | (U) Can containing: (113) .45 ACP casings; (6) .40 S&W; (1) .380; (3) 7.63 Mouser; (1) 9mm; (1) round of .380 ammunition; (1) round of 9mm ammunition; (1) bag of (100) Remington .45 230 grain bullets; (1) bag of (100) .45 ACP brass casings; (1) unknown bullet | SL |
| 53 | 1B31 | Firearms | 12/21/2017 9:30 | E6058453 | (U) Evidence Collection from Taylor M. Wilson | (U) Powder scale; reloading press; (323) 9mm brass casings; (4) rounds of 9mm ammunition | SL |
| 54 | 1B30 | General | 12/21/2017 9:30 | E6058452 | (U) Evidence Collection from Taylor M. Wilson | (U) One (1) gas mask with case | SL |
| 55 | 1B29 | Firearms | 12/21/2017 9:30 | E6058451 | (U) Evidence Collection from Taylor M. Wilson | (U) One (1) 12g shot shell; Ninety-nine (99) rounds of 9mm; Two (2) rounds of 9mmb; Nineteen (19) rounds of .410; Fiver (5) rounds of 5.45x39; One (1) AK style magazine; One (1) .22 cal magazine | SL |
| 56 | 1B28 | Firearms | 12/21/2017 9:30 | E6058450 | (U) Evidence Collection from Taylor M. Wilson | (U) Rifle scope; empty ammunition boxes; reloading dies, reloading powder dispenser; (500) 30 cal projectiles; (140) 30-06 casings; (170) .223 casings; (8) .40 casings; (21) .357 mag casings; (5) 7.62x39 casings; (2) unknown casings; (28) 44 casings; (257) 38 special casings; (9) .45 casings; (96) 9mm casings; (282) .223 projectiles; (1) .22 round; (1) 38 special round; (2) .223 rounds | SL |
| 57 | 1B27 | Firearms | 12/21/2017 9:30 | E6058449 | (U) Evidence Collection from Taylor M. Wilson | (U) One (1) scope; reloading equipment; One (1) laser sight | SL |
| 58 | 1B26 | Firearms | 12/21/2017 9:30 | E6058448 | (U) Evidence Collection from Taylor M. Wilson | (U) One (1) pressure plate (inert) | SL |
| 59 | 1B25 | Firearms | 12/21/2017 9:30 | E6058447 | (U) Evidence Collection from Taylor M. Wilson | (U) One (1) rifle upper receiver; One (1) sling; One (1) priming tool; One (1) optic cover; Shell casings: (5) .308; (2) .223; (2) .45; (2) 9mm | SL |
| 60 | 1B24 | Firearms | 12/21/2017 9:30 | E6058446 | (U) Evidence Collection from Taylor M. Wilson | (U) One (1) tub containing four (4) containers of gun powder | SL |
| 61 | 1B23 | Firearms | 12/21/2017 9:30 | E6058445 | (U) Evidence Collection from Taylor M. Wilson | (U) Two (2) boxes of shot shell primers; Three (3) boxes of small pistol primers; Five (5) boxes of large pistol primers; Five (5) large rifle primers; Two (2) boxes small rifle primers; Two (2) primers for 5.56; One hundred-ten (110) of #10 percussion caps | SL |
| 62 | 1B22 | General | 12/21/2017 9:30 | E6058444 | (U) Evidence Collection from Taylor M. Wilson | (U) Paperwork and notebooks | SL |
| 63 | 1B21 | General | 12/21/2017 9:30 | E6058443 | (U) Evidence Collection from Taylor M. Wilson | (U) One (1) handmade shield | SL |

*Exhibit A continued*

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 64 | 1B20 | General | 12/21/2017 9:30 | E6058442 | (U) Evidence Collection from Taylor M. Wilson | (U) One (1) charger | SL |
| 65 | 1B19 | Firearms | 12/21/2017 9:30 | E6058441 | (U) Evidence Collection from Taylor M. Wilson | (U) One (1) metal case with 840 rounds of 5.45x39 ammunition | SL |
| 66 | 1B18 | Firearms | 12/21/2017 9:30 | E6058440 | (U) Evidence Collection from Taylor M. Wilson | (U) One (1) AR-15 magazine; Two (2) 9mm magazine; One (1) .22 magazine; One (1) 12g shotgun shell; Nineteen (19) round of .22; Sixteen (16) rounds of 9mm; thirteen (13) rounds of .223 | SL |
| 67 | 1B17 | Firearms | 12/21/2017 9:30 | E6058439 | (U) Evidence Collection from Taylor M. Wilson | (U) One (1) wooden gun stock with leather strap | SL |
| 68 | 1B16 | Firearms | 12/21/2017 9:30 | E6058438 | (U) Evidence Collection from Taylor M. Wilson | (U) Three (3) AR-15 magazines in a camouflage pouch; Eighty-four (84) rounds of .223 ammunition | SL |
| 69 | 1B15 | Firearms | 12/21/2017 9:30 | E6058437 | (U) Evidence Collection from Taylor M. Wilson | (U) Sixteen (16) rounds of .223 ammunition | SL |
| 70 | 1B14 | Firearms | 12/21/2017 9:30 | E6058436 | (U) Evidence Collection from Taylor M. Wilson | (U) Weapon sight; AR-15 magazine; Shotgun magazine spring; empty ammunition and magazine packaging; One (1) 7.63 casing; Seven (7) .223 casings | SL |
| 71 | 1B13 | Firearms | 12/21/2017 9:30 | E6058435 | (U) Evidence Collection from Taylor M. Wilson | (U) Two (2) 50 round boxes of 9mm found inside Item# 10 | SL |
| 72 | 1B12 | Firearms | 12/21/2017 9:30 | E6058434 | (U) Evidence Collection from Taylor M. Wilson | (U) One (1) ammo container | SL |
| 73 | 1B11 | General | 12/21/2017 9:30 | E6058433 | (U) Evidence Collection from Taylor M. Wilson | (U) One (1) "Alt-Right" flag | SL |
| 74 | 1B10 | Firearms | 12/21/2017 9:30 | E6058432 | (U) Evidence Collection from Taylor M. Wilson | (U) Gun cleaning kit; Glock loading tool; tactical light; gun accessory | SL |
| 75 | 1B9 | Firearms | 12/21/2017 9:30 | E6058431 | (U) Evidence Collection from Taylor M. Wilson | (U) One (1) drum magazine in pouch | SL |
| 76 | 1B8 | Firearms | 12/21/2017 9:30 | E6058430 | (U) Evidence Collection from Taylor M. Wilson | (U) Eight (8) AR-15 magazines; (106) rounds of .223 ammunition | SL |
| 77 | 1B7 | Firearms | 12/21/2017 9:30 | E6058429 | (U) Evidence Collection from Taylor M. Wilson | (U) One (1) tactical vest | SL |
| 78 | 1B6 | General | 12/21/2017 9:30 | E6058428 | (U) Evidence Collection from Taylor M. Wilson | (U) Handwritten list | SL |
| 79 | 1B5 | Firearms | 12/21/2017 9:30 | E6058427 | (U) Evidence Collection from Taylor M. Wilson | (U) Nine (9) rounds of .22; One (1) round of .45 ACP; One (1) round of 9mm | SL |
| 80 | 1B4 | General | 12/21/2017 9:30 | E6058426 | (U) Evidence Collection from Taylor M. Wilson | (U) Green spiral notebook with hand written notes and Receipts | SL |
| 81 | 1B3 | General | 12/21/2017 9:30 | E6058425 | (U) Evidence Collection from Taylor M. Wilson | (U) One (1) Office Max legal pad; Two (2) leaflets; One (1) Missouri Militia paperwork; One (1) M16 operators manual | SL |
| 82 | 1B1 | Digital | 10/24/2017 15:22 | E5916524 | (U) Cell phone evidence seized subject to arrest by Furnas County, Nebraska Sheriff's Office. | (U) Black with silver trim (previously described as blue) Samsung Galaxy Note 5 cell phone, cellular telephone number (636) 699-5096 seized from Taylor M. Wilson subsequent to arrest. | OM |

Exhibit A continued -

FD-1119 (6-19-2015)

# FEDERAL BUREAU OF INVESTIGATION
# WAIVER OF OWNERSHIP OF PROPERTY

On __12/21/2017__, the Federal Bureau of Investigation (FBI) seized or otherwise acquired
      [Date]

See Attached Spreadsheet                                                                from  *Taylor Michael Wilson*
_____
            [Description, model, serial number of property] *without recourse,*

Taylor Michael Wilson *(I do not waive my rights, title or interest in the Property)*
_____
            [Name, title and address of property owner or contributor]           *2.25.2020*

I understand that the Code of Federal Regulations (C.F.R.) requires that the FBI inform me that I have the opportunity to claim this property. See 41 C.F.R. Section 128-48.102-1. I understand that if I do not claim this property within 30 days of signing this form, the title to the property will vest in the United States Government. I understand that if I want to claim the property, I must submit a written, sworn statement of my interest in the property along with any documentary evidence within 30 days of the date of signing this form. See 41 C.F.R. Section 128-48.503. Claims must be submitted to:

| St. Louis FBI |
| PS Haug - Phone # 314-589-2517 |
| 2222 Market Street |
| St. Louis, MO 63103 |

[Field office contact name, address, and telephone number]

(     )   **I hereby knowingly and voluntarily waive any right, title, and interest in the property and agree not to contest the vesting of title in the United States Government.**

I unconditionally release and hold harmless the FBI, its officers, employees, and agents, from any and all claims, demands, damages, causes of actions, or suits, of whatever kind and description, and wheresoever situated, that might now exist or hereafter exist by reason of or growing out of or affecting, directly or indirectly, the seizure or waiver of ownership interest in the described property.

Name: _____

Address: _____

Telephone: _____

Date of Birth: _____

Signature: _____

Date: _____

Witness: _____

Signature: _____

Title: _____

Date: _____

Exhibit B

FBI St. Louis
Attn: Haug/Forfeiture
2222 Market Street
St. Louis, MO 63103

Re: File No. 266N-OM-2223384, 266N-SL-2806425

Dear Craig Severson,

    Per 41 C.F.R. Section 128-48.503, I Taylor Michael Wilson <u>DO NOT</u> waive ownership of the property seized from my residence at 210 Reservoir, St. Charles MO on Dec. 21 2017. Collected from Michael David Wilson on Dec. 21 2017 or seized from my person in Furnas County Nebraska on Oct. 21 2017.

Furthermore such items listed in the below attachment(s) should be released to: Ann S. Wilson
                    3208 Lightfoot Dr.
                    St. Charles, MO 63301

                Phone# (314) 922-4603

                                            Sincerely,
                                            Taylor Michael Wilson
                                            47217-044
                                            FCI Berlin
                                            P.O. Box 9000
                                            Berlin, NH 03570

                            Without prejudice - without recourse,

                            *Taylor Michael Wilson*

Attachment(s):
[✓] Spreadsheet List of Items
[✓] Waiver of Ownership of Property Form (REFUSED) - Received on 02/25/20

CC: Ann S. Wilson
     File

                                          Exhibit C

June 17, 2020

Denise M. Lucks, Clerk
Clerk of the Court
District Court for Nebraska
111 S. 18th Plaza, Suite 1152
Omaha, NE 68102-1322

Re: Motion for Release of Property

Dear Clerk,

    Please find enclosed (2) two motion(s) for Release of Property to be filed in this Honorable Court. Please return (1) one copy filed and time stamped to Plaintiff listed below. Thank you very much.

Respectfully Submitted,
By: *Taylor Michael Wilson*
TAYLOR MICHAEL WILSON #47217-044
FCI Berlin
PO Box 9000
Berlin, NH 03570

RECEIVED
JUN 2 9 2020
CLERK
U.S. DISTRICT COURT

Taylor Michael
47217-044 A1
Federal Correctional Institution
P.O. Box 9000
Berlin, New Hampshire 03570

CERTIFIED MAIL

7016 1970 0000 4032 6051

RECEIVED
JUN 29 2020
CLERK
U.S. DISTRICT COURT

"LEGAL MAIL"

Denise M. Lucks, Clerk
Clerk of the Court
District Court for Nebraska
111 South 18th Plaza, Suite 1152
Omaha, Nebraska 68102-1322

JUN 2 3 2020

FCI BERLIN
P.O. BOX 69 BERLIN, NH 03570
DATE: JUN 2 3 2020

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed to the above address."