August, 9 2020

Denise M. Lucks, Clerk
Clerk of the Court
District Court for Nebraska
111 South 18th Plaza, Suite 1152
Omaha, NE 68102-1322

Re: Last Page of Docket Sheet for Cases
4:18CR3074-001 é 4:18CR3005-001

Dear Clerk,

I respectfully request the last page of the docket sheet for the cases referenced above, in reflection of the Motion for Release of Property filed with your Court. Thank you very much.

Sincerely,

Taylor Wilson

Taylor Wilson #47217-044 A1
FCI Berlin
PO Box 9000
Berlin, NH 03570

RECEIVED
AUG 2 4 2020
CLERK
U.S. DISTRICT COURT

CC: File

aylor Wilson #47217-044 ^A)
ederal Correctional Institution Berlin
'O Box 9000
Serlin, NH 03570

WHITE RIVER JUNCTION
VT 050 1 T
19 AUG 2020 PM



FOREVER / USA

RECEIVED

AUG 2 4 2020

CLERK
U.S. DISTRICT COURT

Denise M, Lucks, Clerk
Clerk of the Court
District Court for Nebraska
111 South 18th Plaza, Suite 1152
Omaha, NE 68102-1322



68102831322

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OFFICE OF THE CLERK**

**Denise M. Lucks**
**Clerk of Court**

www.ned.uscourts.gov

**Gabriela Acosta**
**Chief Deputy Clerk**

August 24, 2020

Taylor Wilson
47217-044
FCI-BERLIN
P.O. Box 9000
Berlin, NH 03570

Dear Mr. Wilson:

We received your letter dated August 9, 2020 regarding your request for copies in case 4:18cr3074 and 4:18cr3005. In accordance with court auditing requirements, we must receive payment before the copies can be sent to you. If you are requesting free copies, you must file a motion with the court.

Here is the cost breakdown of your copy request:

- Last page of docket sheet in 4:18cr3074 contains the Motion for Release of Property, #32, and filing nos. 22-33 and is 1 page @ $.50 per page = $.50
- Last page of docket sheet in 4:18cr3005 contains the Motion for Release of Property, #49, and filing nos. 48-50 and is 1 page @ $.50 per page = $.50

Please make your check or money order payable to Clerk, U.S. District Court. If you have any questions, please contact us at (866) 220-4381. Thank you.

Sincerely,

Amy Brunswick
Deputy Clerk

---

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350 | Fax: (402) 661-7387 | Toll Free: (866) 220-4381
Lincoln: (402) 437-1900 | Fax: (402) 437-1911 | Toll Free: (866) 220-4379