RECEIVED
OCT 26 2020
CLERK
U.S. DISTRICT COURT

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2020 OCT 26 AM 10:55
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | |
| V. | 4:18-CR-3005 |
| TAYLOR MICHAEL WILSON | |
| Defendant | |

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | |
| V. | 4:18-CR-3074 |
| TAYLOR MICHAEL WILSON | |
| Defendant | |

## MOTION TO ISSUE DEFAULT JUDGEMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 55

WHEREFORE, TAYLOR MICHAEL WILSON, (hereinafter) Petitioner, requests this Honorable Court to issue a Default Judgement pursuant to Federal Rules of Civil Procedure, Rule 55, for the following reasons:

(1)

1.) The prosecution has requested a continuation and did not respond; petitioner was never given a date for continuation;

2.) This is not a complicated issue, and the eighty (80) items shall be released to ANN S. WILSON at: 3208 Lightfoot Drive, Saint Charles, Missouri 63301; see Affidavit submitted to the Court;

3.) Petitioner prays this Honorable Court will issue Default Judgement for release of all items seized by the government, or grant other relief deemed fair and just.

October 21, 2020

Respectfully submitted,
*Taylor Michael Wilson*
TAYLOR MICHAEL WILSON
FCI Berlin
PO Box 9000
Berlin, NH 03570

(2)

October 21, 2020

Denise M. Lucks, Clerk
Clerk of the Court
United States District Court
District Court for Nebraska

Re: Motion to Issue Default Judgement Pursuant
to Federal Rules of Civil Procedure Rule 55

Dear Clerk,

Please find enclosed one (1) Motion to Issue Default Judgement Pursuant to Federal Rules of Civil Procedure Rule 55, to be filed in this Honorable Court. Thank you very much.

Respectfully submitted,

*Taylor Michael Wilson*

TAYLOR MICHAEL WILSON
FCI Berlin
PO Box 9000
Berlin, NH 03570

RECEIVED
OCT 26 2020
CLERK
U.S. DISTRICT COURT

Taylor Wilson #47217-044
Federal Correctional Institution Berlin
Po Box 9000
Berlin, NH 03570

WHITE RIV JCT VT 050

22 OCT 2020 P 1 L



Legal Mail

Denise M. Lucks, Clerk
United States District Court
District Court for Nebraska
111 South 18th Plaza, Suite 1152
Omaha, Nebraska 68102-1322

RECEIVED
OCT 26 2020
CLERK
U.S. DISTRICT COURT

6810281322

FCI BERLIN
P.O. BOX 69 BERLIN, NH 03570
DATE:  10-20-20

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed to the above address."