IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAYLOR MICHAEL WILSON,<br><br>Defendant. | 4:18-CR-3005<br><br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAYLOR WILSON,<br><br>Defendant. | 4:18-CR-3074<br><br><br>ORDER |

    The defendant has a pending motion for the return of seized property pursuant to Fed. R. Crim. P. 41(g). Case no. 4:18-cr-3005 filing 49; case no 4:18-cr-3074 filing 32. He has now filed motions for "default judgment" pursuant to Fed. R. Civ. P. 55 based on the government's purported failure to respond. Case no. 4:18-cr-3005 filing 55; case no 4:18-cr-3074 filing 39.

    It is highly questionable whether Federal Rule of <u>Civil</u> Procedure 55 has any bearing on the defendant's motion pursuant to Federal Rule of <u>Criminal</u> Procedure 41(g). But the government <u>did</u> respond. Case no. 4:18-cr-3005 filing 56; case no 4:18-cr-3074 filing 38. Even if a default judgment was somehow appropriate, the government didn't default.

The problem here could be clerical—the government may have neglected to provide the defendant with a mailed copy of its response. Accordingly, the Court will deny the defendant's motions for default judgment, but will provide him with a copy of the government's response and additional time to reply in support of his motion.

IT IS ORDERED:

1. The defendant's motions for default judgment (case no. 4:18-cr-3005 filing 55; case no 4:18-cr-3074 filing 39) are denied.

2. The Clerk of the Court shall provide the defendant with a copy of this order along with a copy of the government's response brief (case no 4:18-cr-3074 filing 38).

3. The defendant may reply in support of his motion for the return of seized property (case no. 4:18-cr-3005 filing 49; case no 4:18-cr-3074 filing 32) on or before November 13, 2020.

Dated this 27th day of October, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge