United States District Court
District of Nebraska
111 S. 18th Plaza, Suite 1152
Omaha, NE  68102-1322


5/17/21


Re: 4:18 CR 3005, 4:18 CR 3074    **RECEIVED**

MAY 2 4 2021

CLERK
U.S. DISTRICT COURT

Dear Judge Gerrard,
    I am requesting that you intervene in an injustice being committed by the government.
The Bureau of Prisons has seized $1,100.00 from my account pending a court order. This is a blatant violation of due process; since when is the Bureau of Prisons a collection agency without a court order.
    The government seizes my property without reimbursing me, now the Bureau of Prisons seizes $1,100.00 pending a court order I thought due process was applied then the theft?
    Please order the Bureau of Prisons to return the $1,100.00 and suspend all restitution payments until after release.
    Thank you very much.

Respectfully submitted,
Taylor Michael Wilson

TAYLOR MICHAEL WILSON
FCI Berlin
PO Box 9000
Berlin, NH 03570

Taylor Wilson #47217-044
Federal Correctional Institution Berlin
PO Box 9000
Berlin, NH 03570

**CERTIFIED MAIL®**



7020 2450 0001 6305 9516

Legal Mail

**RECEIVED**

MAY 24 2021

CLERK
U.S. DISTRICT COURT

Judge John M. Gerrard
United States District Court
District for Nebraska
111 S. 18th Plaza, Suite 1152
Omaha, NE 68102-1322







681021322