IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>TAYLOR M. WILSON,<br><br>                 Defendant. | 4:18CR3005<br><br>ORDER AUTHORIZING<br>PAYMENT FROM INMATE<br>TRUST ACCOUNT |

The United States moved this Court pursuant to 18 U.S.C. §§ 3613(a), 3664(n) and 28 U.S.C. § 1651, for an Order authorizing the Federal Bureau of Prisons to turn over to the Clerk of Court sufficient funds held in the trust account of Defendant Taylor M. Wilson, as payment towards the restitution owed for the criminal monetary penalties imposed in this case. For good cause shown,

IT IS ORDERED that the motion of the United States is hereby granted.

IT IS FURTHER ORDERED that the Bureau of Prisons is hereby authorized to turn over to the Clerk of the United States District Court for the District of Nebraska, and the Clerk shall accept, funds in the amount of $1,100.00 of the $1,400.00 currently held in the Bureau of Prisons trust account for the following inmate:

Taylor M. Wilson, # 47217-044

The Clerk shall apply these funds towards payment for the criminal monetary penalties owed by the defendant in this case.

IT IS FURTHER ORDERED that the Bureau of Prisons shall remit said funds to the Clerk of the United States District Court for the District of Nebraska, to Clerk of the District Court, 111 So 18th Plaza, Suite 1152, Omaha, NE 68102. In remitting said funds, the Bureau of Prisons shall reference defendant Taylor M. Wilson and case number 4:18CR3005 so that the Clerk can properly account for same.

Dated this 25th day of May, 2021.

BY THE COURT:

*Cheryl R. Zwart*
CHERYL R. ZWART
UNITED STATES MAGISTRATE JUDGE