Denise M. Lucks, Clerk of the Court  
United States District Court  
111 S. 18th Plaza, Suite 1152  
Omaha, NE 68102-1322

December 02, 2021

Re: Request for Judgement In A Criminal Case for Case Numbers:
   4:18CR3074-001 and 4:18CR3005-001

Dear Clerk,

   I respectfully request a certified copy of the Judgement In A Criminal Case for case numbers 4:18CR3074-001 and 4:18CR3005-001. If any fees are required, please notify me. A response, in whatever form, would be greatly appreciated. Thank you very much.

Respectfully submitted,

*Taylor Michael Wilson*
Taylor Michael Wilson
c/o 47217-044
FCI Berlin
PO Box 9000
Berlin, NH 03570

RECEIVED
DEC 0 8 2021
CLERK
U.S. DISTRICT COURT

cc: File

Taylor Michael Wilson
c/o 47217-044
Federal Correctional Institution Berlin
PO Box 9000
Berlin, NH 03570

Denise M. Lucks, Clerk of the Court
United States District Court
111 S. 18th Plaza, Suite 1152
Omaha, NE 68102-1322

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA
## OFFICE OF THE CLERK

**Denise M. Lucks**
**Clerk of Court**

www.ned.uscourts.gov

*Gabriela Acosta*
*Chief Deputy Clerk*

December 8, 2021

Taylor Michael Wilson # 47217-044
FCI-Berlin
PO Box 9000
Berlin, NH 03570

RE:   4:17cv3107 - Request for Copies

Dear Mr. Wilson:

We received your letter dated December 2, 2021 regarding a request for copies in the following cases **4:18cr3074-001 and 4:18cr3005-001**.    Below is the cost for copies:

**Judgment (4:18cr3074-001)** - 8 page(s) @ $0.50 per page = $4.00
  **Certification cost** per pleading is $11.00

**Judgment (4:18cr3005-001)** - 8 page(s) @ $0.50 per page = $4.00
  **Certification cost** per pleading is $11.00

**Total cost:   $30.00**

In accordance with court auditing requirements, we must receive payment before the copies can be sent to you.   If you are requesting free copies, you must file a motion with the court.

.

Sincerely,

*[signature]*

Deputy Clerk

#

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350 | Fax: (402) 661-7387 | Toll Free: (866) 220-4381
Lincoln: (402) 437-1900 | Fax: (402) 437-1911 | Toll Free: (866) 220-4379